# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00114-CV

**Heldy Finch, Appellant**

**v.**

**James Arthur Finch, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 01-324-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The brief of appellant Heldy Finch was due May 8, 2003.  By letter of May 22, 2003, appellant was notified that her brief was overdue and instructed to tender a brief with the explanation required by Rule 38 or her appeal would be dismissed for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1) (if appellant fails timely to file brief, appeal may be dismissed for want of prosecution unless appellant reasonably explains failure and appellee not significantly injured).  To date, we have received no response.  Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b) (dismissal for want of prosecution).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   August 14, 2003